UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ELAINE EISENBERG, et al.,

                Plaintiffs,

-against-

GOLD FLOWERS DESIGN, et al.,

                Defendants.
------------------------------------------------------X

**ORDER**

20 Civ. 2488 (PED)

**PAUL E. DAVISON, U.S.M.J.**

The Court having been advised that all claims asserted against the appearing defendant (Gold Flowers Design, Inc.) in the above entitled action are settled, it is hereby

ORDERED, that the above entitled action be and hereby is discontinued, without costs to any party, subject to reopening if either: (1) the settlement is not concluded within thirty (30) days of the date of this Order; or (2) an appearing party files a motion for relief against the non-appearing defendant (The Mansion at Lawrence, LLC) within thirty (30) thirty days of the date of this Order.[1]

Dated: June 3, 2021
      White Plains, New York

**SO ORDERED.**

PAUL E. DAVISON, U.S.M.J.

---

[1] Because the non-appearing defendant has not Consented pursuant to 28 U.S.C. § 636(c), any such motion must be directed to Judge Halpern in the first instance.