UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

| | | |
|---|---|---|
| ELAINE EISENBERG and DOUGLAS EISENBERG, | : | 20 Civ. 2488 (PMH) |
| | : | |
| Plaintiffs, | : | ~~PROPOSED~~ DEFAULT JUDGMENT AGAINST DEFENDANT THE MANSION AT LAWRENCE, LLC AND DIRECTING INQUEST OF DAMAGES |
| - against - | : | |
| GOLD FLOWERS DESIGN INC. and THE MANSION AT LAWRENCE, LLC, | : | |
| Defendants. | : | |

*PMH*

------------------------------------------x

Upon reading and filing Plaintiffs motion by Order to Show Cause and supporting papers for default judgment as against Defendant THE MANSION AT LAWRENCE, LLC for failure to serve and file an answer or otherwise defend, and to set the matter down for an inquest of damages, and the matter having come on and been heard, and due deliberation had,

Now, on motion of Stanley K. Shapiro, attorney for plaintiffs, it is

ORDERED, that the motion for default judgment against defendant THE MANSION AT LAWRENCE, LLC hereby is granted, and the matter shall be set down for an inquest of damages.

*PMH* DATED: White Plains, New York

*PMH* ISSUED: July 2, 2021

_____
Hon. Philip M. Halpern, U.S.D.J.