**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ELAINE EISENBERG, et al.,

                Plaintiff,            20 **CIVIL** 2488 (PMH)(PED)

    -v-                                    **JUDGMENT**

THE MANSION AT LAWRENCE,

                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 1, 2023, Complaint filed by Douglas Eisenberg, Elaine Eisenberg. Accordingly, the Report is adopted. The Clerk of Court is respectfully directed to enter judgment against Defendant in the amount of $40,000; accordingly the case is closed.

**Dated:**  New York, New York
           March 1, 2023

                                               **RUBY J. KRAJICK**

                                                   Clerk of Court

                **BY:**       _____
                                                   **Deputy Clerk**